# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORBET TRUOG and KIMBERLY TRUOG,**

      **Plaintiffs,**

**v.**                                                                   **Case No:  6:17-cv-2088-Orl-37KRS**

**MID-AMERICA APARTMENT COMMUNITIES, INC.,**

      **Defendant.**

## ORDER
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    **[DEFENDANT'S[1]] MOTION FOR ORDER COMPELLING DEPOSITION (Doc. No. 20)**
>
> **FILED:**      **April 3, 2018**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

An amended motion has been filed.   Doc. No. 21.

---

[1] While this motion purports to be filed on behalf of "Defendants" Mid-America Apartment Communities, Inc., and Pamela Albert, the record reflects that Ms. Albert was dismissed as a Defendant before the case was removed to this Court.   Doc. No. 1-4, at 1.

- 2 -

| | |
|---|---|
| **MOTION:** | **AGREED MOTION FOR ORDER COMPELLING DEPOSITION (Doc. No. 21)** |
| **FILED:** | **April 4, 2018** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion does not state whether the deponent, Eunice McIntosh-Carassa, objects to the relief requested. It also was not served on Ms. McIntosh-Carassa. Finally, the subpoena does not comply with Fed. R. Civ. P. 45 because it does not set out the text of Fed. R. Civ. P. 45(d) and (e), as required by Fed. R. Civ. P. 45(a)(1)(A)(iv). Prior to filing a renewed motion, Defendant must confer with Ms. McIntosh-Carassa in person or by telephone to determine whether she objects to or agrees to the relief sought by the motion. A renewed motion must state Ms. McIntosh-Carassa's position on the relief requested and must be served on Ms. McIntosh-Carassa.

Upon review of the file, it appears that Defendant Pamela Albert was dismissed as a Defendant before the case was removed to this Court. Doc. No. 1 ¶ 7; Doc. No. 1-4, at 1. Accordingly, the **Clerk of Court** is **DIRECTED** to **TERMINATE** Pamela Albert as a Defendant in this case.

**DONE** and **ORDERED** in Orlando, Florida on April 4, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE