# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORBET TRUOG and KIMBERLY TRUOG,**

      **Plaintiffs,**

**v.**                                          Case No: 6:17-cv-2088-Orl-37KRS

**MID-AMERICA APARTMENT COMMUNITIES, INC.,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** AMENDED AGREED MOTION FOR ORDER COMPELLING DEPOSITION (Doc. No. 23)
>
> **FILED:** April 16, 2018
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The Court previously denied Defendant's motion to compel the deposition of Eunice McIntosh-Carassa because Defendant did not serve the motion on Ms. McIntosh-Carassa, the motion did not state Ms. McIntosh-Carassa's position on the motion, and the attached subpoena did not comply with Fed. R. Civ. P. 45. Doc. No. 22. This renewed motion was served on Ms. McIntosh-Carassa and states her position on this motion, but it is not supported by a copy of a valid subpoena. In addition to being served on Ms. McIntosh-Carassa and stating her position on the motion, a renewed motion shall be supported by a copy of a valid subpoena issued to Ms. McIntosh-

Carassa. In addition, a renewed motion shall be supported by a proposed order providing the Court with language granting the motion.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE