# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORBET TRUOG and KIMBERLY TRUOG, individually and as natural guardians an parents of minor, B.T.,**

    **Plaintiffs,**

**v.**                                                **Case No:   6:17-cv-2088-Orl-37KRS**

**MID-AMERICA APARTMENT COMMUNITIES, INC.,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S UNOPPOSED MOTION FOR/NOTICE OF PHYSICAL AND MENTAL EXAMINATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35 (Doc. No. 38)**
>
> **FILED:** August 7, 2018
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Pursuant to Fed. R. Civ. P. 35, Plaintiff B.T. shall appear for and submit to a compulsory physical and medical examination by E.E. Lazarou, MD, MS, RD.  The examination will be take place at Regus Business Center, 801 International Parkway, 5th Floor, Lake Mary, FL, on August 21, 2018, from 9:00 a.m. to 5:00 p.m.  Dr. Lazarou's examination will be non-invasive and will include a history and other appropriate, non-invasive vocational testing.

- 2 -

If requested, Defendant shall furnish a copy of Dr. Lazarou's report of examination to counsel for Plaintiff as required by Rule 35(b).

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE