# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORBET TRUOG and KIMBERLY TRUOG,**

      **Plaintiffs,**

**v.**                                                            **Case No: 6:17-cv-2088-Orl-37KRS**

**MID-AMERICA APARTMENT COMMUNITIES, INC.,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO STRIKE PLAINTIFF'S DEMAND FOR JURY TRIAL OR, IN THE ALTERNATIVE, ASSERT CONTRACTUAL WAIVER OF JURY TRIAL CLAUSE (Doc. No. 40)**
>
> **FILED:**       **August 22, 2018**

Defendant moves to strike Plaintiffs' demand for a jury trial, arguing that Plaintiffs waived their right to a jury trial when they signed a lease including a jury trial waiver. Doc. No. 40. Defendant has not shown that it is appropriate to strike the jury trial waiver in this case. Among other issues, Defendant does not acknowledge that the individual claims of Plaintiffs Corbet and Kimberly Truog—the parties who signed the lease with the jury trial waiver that forms the basis of Defendant's motion—are not the only claims in this lawsuit. Mr. and Mrs. Truog also bring claims on behalf of their minor child, B.T. *See* Doc. No. 2. B.T. did not sign the lease. Defendant has not addressed whether the jury trial waiver in the lease extends to bar the demand for jury trial made

- 2 -

as to B.T.'s claims. As another example, Defendant does not establish, with citations to authority, that Plaintiffs' premises liability claims are "related to the Lease Contract," *see* Doc. No. 40-1, at 5, and thus fall within the scope of the lease's jury trial waiver.[1] Accordingly, the motion is **DENIED without prejudice**. If Defendant chooses to file a renewed motion, it must discuss, with citations to authority, whether Mr. and Mrs. Truog could, and in fact did, waive the right to a jury trial as to B.T.'s claims and whether the claims asserted in this lawsuit fall within the scope of the lease's jury trial waiver.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants flatly asserted, without citations to authority, that "[t]his mat[t]er also concerns a lease agreement." Doc. No. 40, at 4. This is insufficient.